

FILED
JUL 1 6 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA A. DARNELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security,<br><br>　　　　　Defendant. | CASE NO. 12-CV-708 BEN (WMc)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(3) GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>[Docket Nos. 16, 17, 20] |

On August 15, 2012, Plaintiff filed a motion for summary judgment (Docket No. 16), and on August 24, 2012, Defendant filed a cross-motion for summary judgment (Docket No. 17). Magistrate Judge William McCurine issued a thoughtful and thorough Report and Recommendation recommending that Plaintiff's motion for summary judgment be denied and Defendant's cross-motion for summary judgment be granted. (Docket No. 20.) Any objections to the Report and Recommendation were due July 12, 2013. (*Id.*) Neither party filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C.

§ 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

In the absence of any objections, the Court fully **ADOPTS** Judge McCurine's Report and Recommendation. Defendant's cross-motion for summary judgment is **GRANTED**, and Plaintiff's motion for summary judgment is **DENIED**.

**IT IS SO ORDERED.**

DATED: July 15, 2013

HON. ROGER T. BENITEZ
United States District Judge